## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEY CARGOL | CIVIL ACTION NO: |
| VERSUS | SECTION: |
| FORTUNE OCEAN SHIP MANAGEMENT CO., LTD., IN PERSONAM | JUDGE |
| AND THE M/V ORIENT RISE, IN REM, | MAG JUDGE: |
| | RULE 9(h) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### VERIFIED COMPLAINT FOR DAMAGES IN ADMIRALTY UNDER THE GENERAL MARITIME LAW

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Joey Cargol, a person of majority age residing in Gretna, Louisiana, with respect represents:

1.

Named defendants herein are:

a. Fortune Ocean Ship Management Co., LTD., In Personam, a foreign entity doing business in this state and judicial district by virtue of its ownership and operation of the M/V ORIENT RISE; and

b. M/V ORIENT RISE, a Panamanian flagged, steel hulled, 623 foot, 33,042 bulk carrier bearing IMO #9427342, including its furnishings, apparel, tackle and appurtenances, which was at all pertinent times owned and/or operated by Fortune Ocean Ship Management and was employed in maritime commerce on the high

1

seas. Her appurtenances include the large steel ship's gangway deployed by the vessel crew in port for ingress and egress.

## FOR A FIRST CAUSE OF ACTION

2.

At all material times, plaintiff, Joey Cargol, was a Port Pilot and a member of the Crescent River Port Pilots' Association, piloting ships up and down the Mississippi River between the mouth of the river and New Orleans, for which vocation plaintiff earned in excess of $400,000 annually.

3.

On or about November 3, 2014, plaintiff was assigned to pilot the M/V ORIENT RISE from its moored location on the Mississippi River in New Orleans to the mouth of the river.

4.

On November 4, 2014, as plaintiff attempted to board the M/V ORIENT RISE at the Nashville Avenue Wharf A in New Orleans, the vessel's metal gangway shifted and crushed plaintiff's left foot, ankle and connective joints, tissues, muscles and nerves.

5.

The above-described accident was caused by the negligence of the crew of the M/V ORIENT RISE while controlling and attempting to deploy the gangway, as well as mechanical defects in the vessel gangway itself.

6.

The above-described accident and resulting severe injuries to plaintiff have caused him to suffer past, present and future physical and mental pain and suffering, permanent residual

physical disability, medical expenses and loss of income and future earning capacity, all of which plaintiff seeks to recover from defendant.

7.

Jurisdiction over this cause of action is based upon 28 U.S.C. §1333 and the claims set forth herein are brought pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff, Joey Cargol, prays for judgment against defendants, Fortune Ocean Ship Management, Co., LTD. in personam and the M/V ORIENT RISE in rem in an amount reasonable under the circumstances of this cause, plus all costs and interest as allowed by applicable law, and for any additional relief as the facts, law and equity may require.

Respectfully submitted,

/s Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel:    (504) 588-1500
Fax:    (504) 588-1514
Sterbcow@lksalaw.com
itaylor@lksalaw.com
Attorneys for the Plaintiffs


/s/ Allan Berger
ALLAN BERGER (#2977)
ANDREW GEIGER (#32467)
Allan Berger & Associates, P.L.C.
4173 Canal Street
New Orleans, Louisiana 70119
TEL:    (504) 486-9481
FAX:    (504) 483-8130
aberger@allan-berger.com
AGeiger@allan-berger.com

**PLEASE SERVE:**

**FORTUNE OCEAN SHIP MANAGEMENT CO., LTD.**
Room 2006, Runli Building 3
Huanshan Lu, Zhifu Qu
Yantai, Shandong
264000, China

**PLEASE WITHHOLD:**

**In rem service on the M/V ORIENT RISE**